IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

GRETCHEN HAYWARD, STATE OF
WISCONSIN, DANE COUNTY,
CITY OF MADISON and
DANE COUNTY COURTHOUSE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-363-slc

This action came for consideration before the court with DISTRCT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

JUL 2 7 2009
Date